ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA, ESQ.
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Eldorado Resorts Corporation,
Michael Marrs, Kristen Hayde and Dominic Taleghani*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PAULA NEWMAN,<br><br>           Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGHANI; AND DOES 1-50, inclusive;<br><br>           Defendants. | Case No.: 2:15-cv-01486-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Paula Newman ("Plaintiff") and Defendants Eldorado Resorts Corporation, Michael Marrs, Kristen Hayde (formerly "Beck") and Dominic Taleghani (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

. . .

. . .

Each party to bear their own fees and costs.

DATED this 13th day of March, 2020.  DATED this 13th day of March, 2020.

WATKINS & LETOFSKY, LLP  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Joseph M. Ortuno*  */s/ Jill Garcia*

Daniel R. Watkins  Anthony L. Martin
Joseph M. Ortuno  Jill Garcia
8215 S. Eastern Avenue  3800 Howard Hughes Parkway
Suite 265  Suite 1500
Las Vegas, NV 89123  Las Vegas, NV 89169
Telephone: 702.901.7552  Telephone: 702.369.6800
*Attorney for Plaintiff Paula Newman*  *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of March, 2020.

2